IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COASTAL LABORATORIES, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. RDB-20-2227 |
| v. | * | |
| TARUN JOLLY, M.D., *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TARUN JOLLY, M.D., | * | |
| Plaintiff, | * | |
| | | Civil Action No. RDB-21-0137 |
| v. | * | |
| COASTAL LABORATORIES, INC. *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

The Court conducted an Audio Motions Hearing on March 10, 2021 addressing the Plaintiff Jolly's Second Motion for Preliminary Injunction in RDB-21-0137 (ECF No. 71), which was originally filed in the United States District Court for the Eastern District of Louisiana before transfer to this Court and consolidation with RDB-20-2227. For the reasons set forth on the record, including a review of principles set forth by the United States Court

1

of Appeals for the Fourth Circuit in *Pashby v. Delia*, 709 F.3d 307, 319 (4th Cir 2013), *Aggarao v. MOL Ship Mgmt. Co., Ltd.*, 675 F.3d 355, 378 (4th Cir. 2012), and *Sun Microsystems, Inc. v. Microsoft Corp., (In re Miscrosoft Corp. Antitrust Litig.)*, 333 F.3d 517, 525 (4th Cir. 2003); it is HEREBY ORDERED this 10th Day of March 2021 that said Second Motion for Preliminary Injunction is GRANTED and the Defendants Coastal Laboratories, Inc., Britton-Harr Enterprises, Inc., or Patrick Britton-Harr individually shall place $3,000,000 in the Registry of this Court or post a $3,000,000 corporate surety bond in that amount by Wednesday, March 17, 2021.  Consistent with the Order of this Court, a status conference shall be conducted on the record on Friday, March 12, 2021 at 10:30 a.m. to discuss the manner of placing the appropriate security with the Registry of this Court.

_____/s/_____
Richard D. Bennett
United States District Judge